SEND

FILED
CLERK, U.S. DISTRICT COURT
JUN 7 1999
CENTRAL DISTRICT OF CALIFORNIA
DEPU...

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUO-YING-NAN, an individual and KUO-HSIN-CHU, an individual<br><br>      Plaintiffs,<br><br>   v.<br><br>VIRGIN SCHALLPLATTEN GmBH, MAMBO MUSIC, CHARISM RECORDS OF AMERICA, CAPITOL-EMI MUSIC, INC., ENIGMA, MICHAEL E. CRETU, INTERNATIONAL OLYMPIC COMMITTEE,<br><br>      Defendants. | CV 97-9602 JSL<br><br>ORDER |

    On the court's own motion, IT IS HEREBY ORDERED that the hearing on the Motion to Dismiss Plaintiff's Complaint for Lack Of Personal Jurisdiction currently set for hearing on June 14, 1999 is continued to 8:00 a.m. on June 25, 1999.

    IT IS SO ORDERED.

DATED: 6/7/99

                            J. Spencer Letts
                         United States District Judge